**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **EDGAR ALFREDO CHILLOGALLO ONCE,**<br>*Petitioner,*<br><br>v.<br><br>**J.L. JAMISON,** Warden, Federal Detention Center, Philadelphia; **JOHN E. RIFE,** Acting Field Office Director, Immigration and Customs Enforcement, Enforcement and Removal Operations, Philadelphia Field Office; **MARKWAYNE MULLIN,** Secretary of the Department of Homeland Security; **TODD BLANCHE,** U.S. Attorney General; **U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,**<br>*Respondents.* | **Civil No. 26-6177** |

**ORDER**

**AND NOW**, this 26th day of August, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Edgar Alfredo Chillogallo Once and all corresponding briefing, it is hereby **ORDERED** as follows:

1. The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2. Chillogallo Once is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3. The Government shall **RELEASE** Chillogallo Once from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on August 27, 2026.

4. The Government is temporarily enjoined from re-detaining Chillogallo Once for seven days following his release from custody.

5. If the Government chooses to pursue re-detention of Chillogallo Once after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge